AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Eber Manuel PADILLA-Euceda<br>AKA Ever Jose EUCEDA-Enriquez<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 4:25-mj-0098<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 23, 2025__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1326(a) and (b) | Illegal Re-Entry of a Previously Deported Felon |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI SA Eric McCall
*Printed name and title*

Submitted by reliable electronic means, sworn to,
signature, attested telephonically per
Fed.R.Crim.P.4.1, and probable cause found on:

Date: 02/24/2025

_____
*Judge's signature*

City and state: Houston, TX

Yvonne Y. Ho, United States Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | § | |
| Eber Manuel PADILLA-Euceda | § | |
| AKA Ever Jose EUCEDA-Enriquez | § | Case No. 4:25-mj-0098 |

## Affidavit in Support of a Criminal Complaint

I, Eric McCall, after being duly sworn, state as follows: I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), as a Special Agent (SA) of Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) Department of Homeland Security (DHS) assigned to the Special Agent in Charge (SAC) Houston and have been so employed since May 31, 2016. I started my career in 1998 with the U.S. Border Patrol in Brownsville, Texas. In 2003, I transferred to Corpus Christi, Texas, as a Special Agent with Immigration and Customs Enforcement (ICE).

This affidavit is made in support of the Criminal Complaint against Eber Manuel PADILLA-Euceda (AKA Ever Jose EUCEDA-Enriquez). The facts contained in this affidavit are based upon information of my own personal knowledge, observations and/or facts related to me by other agents of HSI and/or other law enforcement personnel involved in this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause for this arrest, the affidavit may not contain every fact known to me during the course of this investigation.

Affiant believes that Probable Cause exists that the Defendant, Eber Manuel PADILLA-Euceda AKA Ever Jose EUCEDA-Enriquez (hereafter EUCEDA), a citizen of Honduras, did violate Title 8 USC 1326(a)and (b)(2) by unlawfully re-entering the United States after having been convicted of a felony and after having been removed (deported) previously to Honduras.

On February 23, 2025, at about 12:15 a.m. (just after midnight), EUCEDA was encountered by ICE deportation officers at Memorial Hermann Hospital in Houston, Texas, a location within the Southern District of Texas. He was taken into custody and transported to the ICE Montogomery Processing Center in Conroe, Texas, to re-instate his final order of removal. Immigration record checks revealed EUCEDA is a citizen of Honduras, who has been removed (deported) at least nine times between 1997 and 2022.

On or about August 15, 1997, EUCEDA was given a notice to appear (NTA) before a United States Immigration Judge at San Francisco, California, and subsequently he was removed (deported) on or about October 2, 1997, from Los Angeles, California. On or

about May 22, 2003, in San Francisco, California, EUCEDA's order of removal was re-instated after he was sentenced to 4 years for a possession of narcotic/controlled substance offense in the State of California.

EUCEDA's order of removal was re-instated and he was removed in 2006, 2007, 2008, 2009, and 2012.

On or about July 9, 2013, in Brownsville, Texas, EUCEDA was arrested by U.S. Border Patrol and his order of removal was re-instated.

On July 11, 2013, in Brownsville, Texas, EUCEDA was charged on a Criminal Complaint with violating Title 8 USC 1326, illegal re-entry. The case number was B-13-647-MJ. On March 26, 2014, in Brownsville, Texas, EUCEDA was sentenced to 70 months confinement for violating Title 8 USC 1326, illegal re-entry.

On or about August 29, 2019, EUCEDA was removed to Honduras from Alexandria, Louisiana after serving his sentence of 70 months for illegal re-entry.

On or about October 6, 2022, EUCEDA was encountered at the Port of Entry near Hidalgo, Texas. Subsequently, he was removed to Honduras from Atlanta, Georgia on or about April 28, 2023.

A search of immigration databases indicated that Eber Manuel PADILLA-Euceda AKA: Ever Jose EUCEDA-Enriquez has never requested permission (via form I-212) from the Secretary of the Department of Homeland Security or the Attorney General of the United States for permission to lawfully reenter the United Sates pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

_____
Eric McCall, HSI Special Agent
DHS-Department of Homeland Security
ICE-Immigration and Customs Enforcement
HSI-Homeland Security Investigations

Submitted by reliable electronic means, sworn to, signature, attested telephonically per Fed. R. Crim. P. 4.1, and probable cause found on February 24, 2025.

_____
The Honorable Yvonne Y. Ho
UNITED STATES MAGISTRATE JUDGE